# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | |
| KYLE WILLIAM SPITZE ) | 3:24-MJ-*2065* |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 1, 2023 to Present___ in the county of ___Blount___ in the
___Eastern___ District of ___Tennessee___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Jason Stewart, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason Stewart, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___02/21/2024___

_____
*Judge's signature*

City and state: ___Knoxville TN___          Hon. Jill E. McCook, U.S. Magistrate Judge
*Printed name and title*